# United States Bankruptcy Court
### Eastern District of Virginia
Richmond Division

**In re:**                                          **Case Number**   11−36863−KRH
                                                    **Chapter**   13
Carolyn Elizabeth Smithers

Debtor(s)

## NOTICE TO DEBTOR(S) AND CREDITORS
## CONCERNING ISSUANCE OF DISCHARGE

The Trustee has filed a report of completion of plan payments. Unless an order has been previously entered denying a discharge, a discharge will be granted if the Court determines that all the requirements for issuance of a discharge are satisfied.

**TO THE DEBTOR(S):**

In order to receive a discharge, you <u>must</u>

Complete and File with the Court the Debtor's(s') Certification of Compliance with 11 U.S.C. §1328 (form attached) as required by Local Bankruptcy Rule 4008−2(A). A copy of this form may be obtained from the Clerk's Office or via the Bankruptcy Forms button on the Court's Internet web site at <u>www.vaeb.uscourts.gov</u>. Unless this Certificate is filed with the Court within 45 days of the mailing of this notice, your case may be closed without issuance of a discharge.

**TO CREDITORS:**

The debtor(s), if otherwise entitled, will be issued a discharge without further notice or hearing <u>unless</u>, within <u>21 days</u> of the mailing of this notice a creditor or party in interest files with the Court a request for a hearing asserting that the debtor(s) has/have claimed exempt under state or local law property (such as a residence or homestead) of the type described in §522(p)(1) of the Bankruptcy Code that exceeds $125,000 in value for cases filed before April 1, 2007, $136,875 if the case was filed April 1,2007 through March 31,2010, or $146,450 if the case was filed on or after April 1, 2010, and there is pending a proceeding in which the debtor may be found guilty of a felony of the kind described in §522(q)(1)(A) or liable for a debt of the kind described in §522(q)(1)(B) of the Bankruptcy Code. If a timely request for hearing is filed, you will be notified of the date, time, and place of the hearing.

Dated:   September 25, 2014                William C. Redden , Clerk
                                           United States Bankruptcy Court

[ntcLBRvApril2010.jsp ver 04/01/2010]

```
                                United States Bankruptcy Court
                                 Eastern District of Virginia
In re:                                                                                    Case No. 11-36863-KRH
Carolyn Elizabeth Smithers                                                                Chapter 13
         Debtor                         CERTIFICATE OF NOTICE
District/off: 0422-7          User: baumgartn                Page 1 of 2                   Date Rcvd: Sep 25, 2014
                              Form ID: ntc4008               Total Noticed: 44


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 27, 2014.
db            +Carolyn Elizabeth Smithers,    3019 Kelrae Dr.,    Richmond, VA 23234-2019
aty           +Deanna H Hathaway,    Hathaway Adair,    3412 Cutshaw Ave,    Richmond, VA 23230-5014
cr            +Wells Fargo Bank, N.A., dba Wells Fargo Dealer Ser,    c/o Peter S. Lake, Esquire,
                192 Ballard Court, Suite 400,    Virginia Beach, VA 23462-6538
10793440     ++AMERICREDIT,    PO BOX 183853,    ARLINGTON TX 76096-3853
              (address filed with court: Americredit Financial Services, Inc.,    PO Box 183853,
                Arlington TX 76096)
10779112       AmeriCredit Financial Services,    PO Box 181145,    Arlington, TX 76096-1145
10779131      +AmeriCredit Financial Services, Inc.,    M. Richard Epps, P.C.,    605 Lynnhaven Pkwy #200,
                Virginia Beach, VA 23452-7484
10779113      +Ashley Furniture,    6312 W Broad St,    Richmond, VA 23230-2010
10779114      +Bill Me Later,    PO Box 2394,    Omaha, NE 68103-2394
10924790      +Bill Me Later c/o Scott Livingston,    101 Schilling Road, Suite 40,
                Hunt Valley, MD 21031-1104
10917260       Boleman Law Firm, P.C.,    P.O. Box 11588,    Richmond, VA 23230-1588
10808618      +Capital One, N.A.,    c/o Creditors Bankruptcy Service,    P.O. Box 740933,
                Dallas, TX 75374-0933
10779115       Credit First Nat’l Assoc,    BK 13 Credit Operations,    PO Box 818011,
                Cleveland, OH 44181-8011
10779117     ++DELL FINANCIAL SERVICES,    P O BOX 81577,    AUSTIN TX 78708-1577
              (address filed with court: Dell Financial Services,    Customer Service,    PO Box 81577,
                Austin, TX 78708-1577)
10779118      +DSNB/Macys,    P.O. Box 8218,    Mason, OH 45040-8218
10779116      +Darrell Drinkwater,    Re: AmeriCredit Financial Svcs,    605 Lynnhaven Pkwy, Ste 100,
                Virginia Beach, VA 23452-7447
10798012      +Department Stores National Bank/Macy’s,    Bankruptcy Processing,    PO Box 8053,
                Mason, OH 45040-8053
10779124      +George Smithers,    3019 Kelrae Dr.,    Richmond, VA 23234-2019
10779126      +HSBC/SAKS,    12 E 49th St,    New York, NY 10017-1028
10788485      +M. Richard Epps, P.C.,    Re: Americredit,    605 Lynnhaven Pkwy #200,    VA Beach, VA 23452-7484
10977413     ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
              (address filed with court: Portfolio Recovery Associates, LLC,    PO Box 41067,
                Norfolk VA 23541)
10781449      +U.S. Attorney’s Office,    600 E. Main Street, 18th Floor,    Richmond, VA 23219-2430
10779132      +Wells Fargo Dealer Services,    PO Box 1697,    Winterville, NC 28590-1697
11951589       eCAST Settlement Corporation,    POB 29262,    New York NY 10087-9262

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr            +E-mail/Text: bnc@bass-associates.com Sep 26 2014 02:19:26    Capital One, N.A.,
                Bass & Associates, P.C.,    3936 E. Ft. Lowell Road, Suite #200,    Tucson, AZ 85712-1083
cr             E-mail/PDF: gecsedi@recoverycorp.com Sep 26 2014 02:24:29
                GE Capital Retail Bank c/o Recovery Management Sys,    25 SE 2nd Avenue, Suite 1120,
                Miami, FL  33131-1605
cr            +E-mail/PDF: rmscedi@recoverycorp.com Sep 26 2014 02:23:37
                Recovery Management Systems Corporation,    25 SE 2nd Ave Ste 1120,    Miami, FL 33131-1605
11283723      +E-mail/Text: bnc@bass-associates.com Sep 26 2014 02:19:25    Capital One, N.A.,
                Bass & Associates, P.C.,    3936 E. Ft. Lowell Rd., Suite 200,    Tucson, AZ 85712-1083
11015699       E-mail/PDF: resurgentbknotifications@resurgent.com Sep 26 2014 02:25:42
                Dell Financial Services L.L.C.,    c/o Resurgent Capital Services,    PO Box 10390,
                Greenville, SC 29603-0390
10956843       E-mail/PDF: gecsedi@recoverycorp.com Sep 26 2014 02:24:29    GE Capital Retail Bank,
                Attn: Bankruptcy Department,    PO Box 960061,    Orlando FL 32896-0661
11332722       E-mail/PDF: gecsedi@recoverycorp.com Sep 26 2014 02:24:29    GE Capital Retail Bank,
                c/o Recovery Management Systems Corp,    25 SE 2nd Ave Suite 1120,    Miami, FL 33131-1605
10779119       E-mail/PDF: gecsedi@recoverycorp.com Sep 26 2014 02:25:32    GECRB/Ashley Furniture,
                P.O. Box 960061,    Orlando, FL 32896-0061
10779120      +E-mail/PDF: gecsedi@recoverycorp.com Sep 26 2014 02:25:32    GECRB/Dillards,    P.O. Box 965005,
                Orlando, FL 32896-5005
10779121      +E-mail/PDF: gecsedi@recoverycorp.com Sep 26 2014 02:25:32    GECRB/HHGR,    P.O. Box 981439,
                El Paso, TX 79998-1439
10779122      +E-mail/PDF: gecsedi@recoverycorp.com Sep 26 2014 02:25:32    GECRB/JCP,    Re: Bankruptcy,
                PO Box 103104,    Roswell, GA 30076-9104
10779123      +E-mail/PDF: gecsedi@recoverycorp.com Sep 26 2014 02:23:33    GECRB/LOWE,    P.O. Box 981400,
                El Paso, TX 79998-1400
10779125      +E-mail/PDF: gecsedi@recoverycorp.com Sep 26 2014 02:25:32    HH Gregg,    PO Box 965036,
                Orlando, FL 32896-5036
11027932      +E-mail/Text: bnc@bass-associates.com Sep 26 2014 02:19:26    HSBC Bank Nevada, N.A.,
                Bass & Associates, P.C.,    3936 E. Ft. Lowell Road, Suite #200,    Tucson, AZ 85712-1083
10779127       E-mail/Text: cio.bncmail@irs.gov Sep 26 2014 02:19:50    Department of the Treasury,
                Internal Revenue Service,    PO Box 21126,    Philadelphia, PA 19114
11279664       E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Sep 26 2014 02:24:15
                InSolve Recovery, LLC by American InfoSource LP,    PO Box 269093,
                Oklahoma City, OK  73126-9093
```

```
District/off: 0422-7          User: baumgartn              Page 2 of 2                  Date Rcvd: Sep 25, 2014
                              Form ID: ntc4008             Total Noticed: 44
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
```
10779130        +E-mail/Text: bnckohlsnotices@becket-lee.com Sep 26 2014 02:19:41     Kohl's - Recovery,
                 Attn: Bankruptcy Dept,    P.O. Box 3004,    Milwaukee, WI 53201-3004
11029653        +E-mail/Text: bknotice@ncmllc.com Sep 26 2014 02:20:49      National Capital Management, LLC,
                 agent for GE Capital Retail Bank,    8245 Tournament Drive,    Suite 230,
                 Memphis, TN 38125-1741
10779111        +E-mail/Text: ustpregion04.rh.ecf@usdoj.gov Sep 26 2014 02:20:27     Office of the US Trustee,
                 701 E. Broad Street,    Room 4304,    Richmond, VA 23219-1885
11051067         E-mail/PDF: rmscedi@recoverycorp.com Sep 26 2014 02:25:37
                 Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,
                 Miami, FL 33131-1605
11745094        +E-mail/Text: bnc@bass-associates.com Sep 26 2014 02:19:26     eCAST Settlement Corporation,
                 c/o Bass & Associates, P.C.,    3936 E Ft. Lowell, Suite 200,    Tucson, AZ 85712-1083
                                                                                              TOTAL: 21

               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*            ++AMERICREDIT,    PO BOX 183853,    ARLINGTON TX 76096-3853
                (address filed with court:   AmeriCredit Financial Services, Inc.,    PO Box 183853,
                 Arlington, TX   76096)
cr*             InSolve Recovery, LLC by American InfoSource LP,    PO Box 269093,
                 Oklahoma City, OK   73126-9093
cr*             eCAST Settlement Corporation,    POB 29262,   New York, NY   10087-9262
cr*            +eCAST Settlement Corporation,    c/o Bass & Associates, P.C.,    3936 E Ft. Lowell, Suite 200,
                 TUCSON, AZ 85712-1083
10791305*      ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 7346,
                 PHILADELPHIA PA 19101-7346
                (address filed with court:   Internal Revenue Service,    400 N. 8th St., Box 76,   Stop Room 898,
                 Richmond, VA 23219-0000)
10779129*      ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 7346,
                 PHILADELPHIA PA 19101-7346
                (address filed with court:   Internal Revenue Service,    Proceedings & Insolvencies,
                 P.O. Box 21126,    Philadelphia, PA 19114-0326)
10779128*       Internal Revenue Service,    PO Box 7346,   Philadelphia, PA 19101-7346
10991245*      ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
                (address filed with court:   Portfolio Recovery Associates, LLC,    POB 41067,   Norfolk VA 23541)
11332723*       Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,
                 Miami, FL 33131-1605
                                                                                      TOTALS: 0, * 9, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 27, 2014                                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 25, 2014 at the address(es) listed below:
              Deanna  H. Hathaway    on behalf of Debtor Carolyn Elizabeth  Smithers ecf@hathawayadair.com,
               hathawayadair@gmail.com
              Deanna  H. Hathaway    on behalf of Attorney Deanna H Hathaway ecf@hathawayadair.com,
               hathawayadair@gmail.com
              Patti H. Bass    on behalf of Creditor   Capital One, N.A. ecf@bass-associates.com
              Peter S. Lake    on behalf of Creditor   Wells Fargo Bank, N.A., dba Wells Fargo Dealer Services,
               successor by merger to Wells Fargo Dealer Services, Inc. fka Wachovia Dealer Services, Inc.
               pslake@lakelawfirm.org,    loretta@lakelawfirm.org
              Robert E. Hyman    station08@ricva.net, ecfsummary@ricva.net
                                                                                             TOTAL: 5
```