**IN THE UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**
**Richmond Division**

| | |
|---|---|
| In re:  Carolyn Elizabeth Smithers | Case No.  11-36863-KRH |
| Debtor | Chapter 13 |

### ORDER GRANTING MOTION TO EXTEND TIME TO FILE CERTIFICATE and/or TO ALLOW LATE FILING of CERTIFICATE OF COMPLETION OF POST-PETITION FINANCIAL MANAGEMENT COURSE

This matter came upon the this Motion to Extend Time to File Certificate and/or to Allow Late Filing of Certificate of Completion of Post-Petition Financial Management Course (the "Motion") filed herein by Carolyn Elizabeth Smithers  ("the Debtor") and

UPON CONSIDERATION WHEREOF, it appearing to the Court that the Debtor filed this bankruptcy case on October 28, 2011 and an Order for Relief was entered; and

It further appearing that the deadline to file the Certificate of Completion of Post-Petition Financial Management Course (the "Certificate") was due on or before November 11, 2014; and that

It further appearing that said deadline was missed by accidental oversight but that the Certificate was filed on or about January 28, 2015; and

It appearing that the Motion and a Notice of Hearing has been properly served upon all creditors and parties in interest; it is accordingly

Deanna H. Hathaway (VSB #44150)
Hathaway Adair, P.C.
3412 Cutshaw Avenue
Richmond, VA 23230
Phone: (804) 257-9944
Counsel for Debtor

ADJUDGED, ORDERED and DECREED that the time in which to file the certificate and/or to

allow late filing of certificate of completion of post-petition financial management course be and hereby

is extended through January 28, 2015.

Date: _____Feb 19 2015_____   /s/ Kevin R. Huennekens
                                _____
                                United States Bankruptcy Judge

Entered on Docket: Feb 20 2015

I ask for this:

/s/ Deanna H. Hathaway (VSB #44150)
Deanna H. Hathaway (VSB #44150)
Hathaway Adair, P.C.
3412 Cutshaw Avenue
Richmond, VA 23230
Phone: (804) 257-9944
Counsel for Debtor

**CERTIFICATION**

    Pursuant to Local Rule 9022-1(C), I hereby certify that all necessary parties have endorsed the above order.

                               /s/ Deanna H. Hathaway
                                 Counsel for Debtor

**Parties to Receive Copies**

Deanna H. Hathaway, Esquire
Hathaway Adair, P.C.
3412 Cutshaw Avenue
Richmond VA 23230

Suzanne E. Wade, Trustee
P. O. Box 1780
Richmond, VA 23219-1780

Carolyn Smithers
3019 Kelrae Dr.
Richmond, VA 23234

Office of the US Trustee
701 E. Broad Street
Room 4304
Richmond, VA 23219

United States Bankruptcy Court
Eastern District of Virginia

In re:
Carolyn Elizabeth Smithers
    Debtor

Case No. 11-36863-KRH
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0422-7     User: baumgartn     Page 1 of 1     Date Rcvd: Feb 20, 2015
                Form ID: pdford9     Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 22, 2015.
db          +Carolyn Elizabeth Smithers,    3019 Kelrae Dr.,    Richmond, VA 23234-2019

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg         +E-mail/Text: ustpregion04.rh.ecf@usdoj.gov Feb 21 2015 02:26:05     UST smg Richmond,
            Office of the U. S. Trustee,    701 East Broad St., Suite 4304,    Richmond, VA 23219-1849
                                                                                              TOTAL: 1

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                                                                      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 22, 2015                                                  Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 20, 2015 at the address(es) listed below:
          Deanna  H. Hathaway    on behalf of Debtor Carolyn Elizabeth  Smithers ecf@hathawayadair.com,
           hathawayadair@gmail.com
          Deanna  H. Hathaway    on behalf of Attorney Deanna H Hathaway ecf@hathawayadair.com,
           hathawayadair@gmail.com
          Patti H. Bass    on behalf of Creditor    Capital One, N.A. ecf@bass-associates.com
          Peter S. Lake    on behalf of Creditor    Wells Fargo Bank, N.A., dba Wells Fargo Dealer Services,
           successor by merger to Wells Fargo Dealer Services, Inc. fka Wachovia Dealer Services, Inc.
           pslake@lakelawfirm.org,    loretta@lakelawfirm.org
          Suzanne E. Wade    station08@ricva.net,    ecfsummary@ricva.net
                                                                                                                            TOTAL: 5